IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TARA SALSBURY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:06CV200 |
| | § | (Judge Schneider/Judge Bush) |
| TACO DELITE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On January 4, 2007, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the case be dismissed **WITHOUT PREJUDICE.**

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the case is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED this 5th day of February, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE